IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-cv-616-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* SANTHOSH REDDY DEVARAPALLY, M.D., BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA, AND THE STATE OF NORTH CAROLINA,<br><br>        Plaintiff,<br><br>v.<br><br>FERNCREEK CARDIOLOGY, P.A., a North Carolina Professional Association, CUMBERLAND COUNTY HOSPITAL SYSTEM, INC., MATTHEW A. DAKA, M.D., SELVARATNAM SINNA, M.D. SURIYA BANDARA JAYAWARDENA, M.D., MANESH THOMAS, M.D.,<br><br>        Defendants. | **ORDER** |

This matter comes before the Court on Plaintiff-Relator's *Motion to Allow Relator to Participate Remotely at Settlement Conference*, filed on May 19, 2025 (D.E. 152). Having considered the motion and noting that no other party opposes the motion, and good cause appearing, the Court hereby ORDERS as follows:

1. Dr. Devarapally shall be permitted to participate in the court-hosted settlement conference on June 9, 2024 by remote means.

2. Dr. Devarapally's counsel shall participate in the conference in person.

Dated: May 27, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge