IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-cv-616-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, SANTHOSH REDDY DEVARAPALLY, M.D., BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA, AND THE STATE OF NORTH CAROLINA,<br><br>    Plaintiff,<br><br>v.<br><br>FERNCREEK CARDIOLOGY, P.A., a North Carolina Professional Association, , MATTHEW A. DAKA, M.D., SELVARATNAM SINNA, M.D. SURIYA BANDARA JAYAWARDENA, M.D., MANESH THOMAS, M.D.,<br><br>    Defendants, | **ORDER ALLOWING DEFENDANTS' JOINT MOTION TO PERMIT PHYSICIAN DEFENDANTS TO RETAIN CELL PHONES WHILE IN THE UNITED STATES COURTHOUSE** |

**THIS MATTER** comes before the Court on Defendants' Joint Motion to Permit Physician Defendants to Retain Cell Phones While in the United States Courthouse during the Court hosted mediation conference scheduled in this matter for June 14, 2025.

For good cause shown, and in consideration of the facts that the Defendants are here for a mediation and their professional responsibilities as physicians, the Court GRANTS the Motion and ORDERS:

a. Defendants Matthew A. Daka, M.D., Selvaratnam Sinna, M.D., And Suriya Bandara Jayawardena, M.D. shall be permitted to retain possession of their cell pones while in the federal courthouse on June 14. 2025.

b. Defendants shall keep their phones on silent or vibrate mode at all times; shall refrain from recording, photographing, videotaping, or broadcasting from their phones within the courthouse, and shall comply with all directions from court security personnel and the U.S. Marshals Service.

Dated: June 4, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge